# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2179

_____

| | | |
|---|---|---|
| Clay Wallace, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| John Cottle, sued in his official and | * | Eastern District of Missouri. |
| individual capacities; Lincoln County, | * | |
| Missouri; Kerry Mills, | * | [UNPUBLISHED] |
| | * | |
| Appellees, | * | |
| | * | |
| Jason Manyx, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| Danny Torres, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: September 5, 2008
Filed: September 23, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Clay Wallace appeals the district court's[1] adverse grant of summary judgment in his civil rights action. Having considered Wallace's arguments for reversal and conducted de novo review, see Hartsfield v. Nichols, 511 F.3d 826, 829 (8th Cir. 2008), we find no reason to overturn the district court's well-reasoned opinion. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).